# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 7, 2025

## NO. 03-25-00655-CV

**Mark Smith, Appellant**

**v.**

**Steptoe & Johnson PLLC, Appellee**

**APPEAL FROM THE 455TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on July 30, 2025. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.